```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08774
    JAMES M HISCOCK
    KIMBERLY A HISCOCK                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0330    SSN XXX-XX-2253
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/14/07 and confirmed on 09/13/07.

2. The case was converted to Chapter 7 after confirmation, 12/14/2007.

3. The Debtor paid a total of $ 4693.81 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| OLD REPUBLIC EQUITY SERV | CURRENT MORTG | .00 | .00 | .00 |
| OLD REPUBLIC EQUITY SERV | MORTGAGE ARRE | 1462.00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 15255.65 | 383.28 | 749.00 |
| CITIZENS BANK | SECURED VEHIC | 8245.02 | 442.35 | 330.87 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY HEALTH DEP | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HRRG | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ENTERPRISE SYST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | SECURED | 1780.84 | 50.66 | 195.49 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PLANTATION BILLING CTR | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| UNITED RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| TINLEY PARK MENTAL HEALT | UNSECURED | NOT FILED | .00 | .00 |

```
      Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER      TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  26743.51         .00         .00         .00   26743.51
PRINCIPAL PAID       1275.36         .00         .00         .00    1275.36
INTEREST PAID         876.29         .00         .00         .00     876.29
TOTAL PAID           2151.65         .00         .00         .00    2151.65
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   3500.00
and was paid $    546.00  direct and $   1652.16  through the plan.

The Trustee received $    179.24 .

Refunds to the Debtor totaled $    710.76 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                               PAGE   2
        CASE NO. 07 B 08774 JAMES M HISCOCK & KIMBERLY A HISCOCK